IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FANNIE K. BLOODWORTH, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-CV-409-AT |
| ELKS AIDMORE, INCORPORATED, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER

The parties have filed a Consent Motion to Approve FLSA Settlement Agreement [Doc. 17], along with their proposed Settlement Agreement and General Release [Doc. 17-1]. The Court subsequently requested clarification from the parties regarding the calculation of the settlement award for each Plaintiff, and the Court also reviewed the Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on this review, the Court finds that the Settlement Agreement constitutes a fair, reasonable, and adequate resolution of this action. Accordingly, the Court **GRANTS** the parties' Consent Motion [Doc. 17] and **APPROVES** the Settlement Agreement [Doc. 17-1]. The case is hereby **DISMISSED WITH PREJUDICE**.

Except as otherwise stated in the Settlement Agreement, the parties shall bear their own costs and attorneys' fees associated with this action.

**IT IS SO ORDERED** this 18th day of April, 2017.

_____
**Amy Totenberg**
**United States District Judge**